## JOSEPH WIGGINS, THOMAS EMERSON, AND WILLIAM LITTLE, LATE MERCHANTS UNDER THE FIRM OF WIGGINS, EMERSON & LITTLE
### v.
### JAMES ANDERSON

1812

#### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . .

## JOSEPH CAMPAU
### v.
## OLIVER WILLIAMS, JOSEPH FARWELL, AND AMOS LEE, LATE MERCHANTS UNDER THE FIRM OF OLIVER WILLIAMS & CO.

1812

#### PAPERS IN FILE

1. Capias . . . . . . . . . . . . . . .